UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-cr-0015-SEB-MJD |
| | ) | |
| DONOVAN CRANSHAW-SUGGS, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 26, 2021, the Court held a hearing on the Petitions for Warrant or Summons for Offender Under Supervision filed on July 29, and August 5, 2021. Defendant Cranshaw-Suggs appeared in person with his appointed counsel Michael Donahoe. The government appeared by Lawrence Hilton, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Cranshaw-Suggs of his rights and provided him with a copy of the petition. Defendant Cranshaw-Suggs orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Cranshaw-Suggs admitted violation numbers 3, 4, and 5. [Docket Nos. 42, and 46.] Government orally moved to withdraw the remaining violations, without prejudice, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **"You shall report to the probation officer in manner and frequency directed by the court or probation officer."** |
| | The offender was instructed to report to the probation office on July 28, 2021, however he failed to appear. |
| 4 | **"You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."** |
| | The offender failed to report his arrests on July 18 or July 26, 2021, to the probation officer, within the required amount of time. |
| 5 | **"You shall refrain from any unlawful use of a controlled substance."** |
| | On July 29, 2021, the offender provided a urine sample that yielded positive for marijuana. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is II.

   (c) The range of imprisonment applicable upon revocation of supervised release is 4 to 10 months' imprisonment.

5. The parties jointly recommended a sentence of six (6) months with no supervised release to follow. If the Defendant is not designated to a Bureau of Prisons facility, Defendant requested placement at the Hamilton County Jail.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition (3, 4, 5), that his supervised release should be revoked, and that he should be sentenced to the custody of the

Attorney General or his designee for a period of six (6) months with no supervised release to follow.  This Magistrate Judge recommends placement at the Hamilton County Jail if the Defendant is not designated to a Bureau of Prisons facility.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date:  8/27/2021

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system